AO-10
Rev. 1/2002

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App., §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)*  Winder, David K. | 2. Court or Organization  United States District Court - Utah | 3. Date of Report  04/11/06 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*  U.S. District Judge - Senior Status | 5. ReportType (check appropriate type)  ___ Nomination, Date _____  ___ Initial __X__ Annual ___ Final | 6. Reporting Period  1/01/05 - 12/31/05 |
|---|---|---|

| 7. Chambers or Office Address  350 South Main, #110  Salt Lake City, UT 84101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| X NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| NONE (No reportable non-investment income.) | | |
| 1 2004 | Gaming winnings - State of Nevada | $ 1,285.00 |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |
| 5 | | $ |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [X] 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [X] 1 | NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>WINDER, David K. | Date of Report<br>4/11/06 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code3<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| ☐ NONE (No reportable income, assets, | | | | | | | | | |
| 1 Alliance Airport Authority bonds | A | Interest | J | T | | | | | |
| 2 Colonial Municipal Inc. Trust | | | J | W | Transfer | * See | explana-- | tion @ | Section VIII |
| 3 Arizona Health Authority bonds | B | Interest | J | T | | | | | |
| 4 Putnam Tax-Free Health Care | A | Interest | J | W | Transfer | **See | explana- | tion @ | Section VIII |
| 5 MuniVest Fund, Inc. | A | Interest | J | W | Transfer | ***See | explana- | tion @ | Section VIII |
| 6 Sacramento de la Plata MEX Corp. | A | None | J | W | | | | | |
| 7 Merrill Lynch Municipal Investment Trust | A | Interest | J | W | Transfer | **** | See ex- | plana- | tion @ Section VIII |
| 8 Elan Corp., PLC | A | Dividend | J | T | | | | | |
| 9 SCI Management Corp. | C | Interest | K | W | | | | | |
| 10 Maine Housing Authority | A | Interest | K | T | | | | | |
| 11 King County WA, SWR | A | Interest | J | T | | | | | |
| 12 Central Utah Water Conservancy District | A | Interest | J | T | | | | | |
| 13 Municipal Investment Trust Defined Asset | A | Interest | J | W | Transfer | ***** | See ex- | plana- | tion @ Section VIII |
| 14 General Electric | A | Dividend | K | T | | | | | |
| 15 Clark County NV Bd Bk | C | Interest | K | T | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: Q=Appraisal<br>(See Col. C2) U=Book value | | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII.  Page 2  INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children.  See pp. 34-57 of Instructions.)*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 16 | N. Central TX Health | C | Interest | K | T | | | | |
| 17 | Exxon Mobil | C | Dividend | K | T | | | | |
| 18 | Blackrock Municipal | B | Interest | K | T | | | | |
| 19 | Johnson & Johnson | A | Dividend | K | T | | | | |
| 20 | Cohen & Steers - Merrill Lynch Ret. Acct. | B | Interest | K | T | | | | |
| 21 | Kroger Co. | A | Dividend | K | T | | | | |
| 22 | Raytheon Co. | A | Dividend | K | T | | | | |
| 23 | Colgate-Palmolive | A | Dividend | K | T | | | | |
| 24 | Brown & Brown | A | Dividend | K | T | | | | |
| 25 | Best Buy Co., Inc. | A | Dividend | K | T | | | | |
| 26 | Colsolidated Edison | A | Dividend | K | T | | | | |
| 27 | Bear Stearn | A | Dividend | K | T | | | | |
| 28 | Nicholas Applegate | A | Dividend | K | T | | | | |
| 29 | Allstate Corporation | A | Dividend | K | T | | | | |
| 30 | Lowe's Company | A | Dividend | K | T | | | | |
| 31 | Costco | A | Dividend | K | T | | | | |
| 32 | Caterpillar | A | Dividend | K | T | buy | 8/1 | K | |
| 33 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | |
| 2 Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br><br>P4=More    $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes:<br>(See Col. C2) | value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Lines 2, 4, 5, 7, and 13 (*, **, ***, **** and *****) – Section 7: These five assets were held solely in the name of the reporting ███████████████████████████ The five assets, and any and all income therefrom, were transferred as an inheritance to the ██████████ of reporting judge and ███████ (Some limited interest income may have been received by reporting judge prior to final distribution; however, that income, if any, was very limited, and the gross value to the reporting judge at the end of the reporting period was zero

Although the "Transactions During the Reporting Period" section requests the identity of buyer/seller, we decline to provide this detail, due to privacy and security concerns.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____███████████████_____     Date _4/11/2006_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544